In the Matter of the Estate of ALWINE MICKA, Deceased. JOSEPH MICKA, Appellant; ANDREW YOUSKO, as Executor of ALWINE MICKA, Deceased, Respondent.— Decree of the Surrogate's Court, Queens County, adjudging invalid and of no effect a notice of election filed by a surviving spouse to take a share of the estate of a deceased wife, as in intestacy, unanimously affirmed, without costs. No opinion. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ.

■

In the Matter of the Estate of PATRICK J. QUINN, Deceased. MARGARET CONLON, Respondent; ANNA HENDRICK et al., Appellants.— In a proceeding for the granting of letters of administration, letters were granted to the petitioner, one sister of the decedent, against the opposition of two other sisters and a brother, who contended that there was no evidence, under section 118 of the Surrogate's Court Act, that the person appointed would best manage the estate. The parties submitted the matter on the filed papers. Decree of the Surrogate's Court, Queens County, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

LEWIS NEWMAN, Respondent, v. JOSEPH ARAMOONIE, Appellant.— In an action to recover damages for conversion, defendant appeals from an order, made on reargument, insofar as said order denies defendant's motion for summary judgment dismissing the complaint and grants plaintiff's cross motion for summary judgment on the first counterclaim alleged in the answer. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. The defendant made no claim for storage charges at the time that demand was made for the return of the machine after the purchase price had been repaid and, in any event, defendant was then unable to return the machine because of an existent chattel mortgage with which he had encumbered it. Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BAKER, Appellant.— Judgment of the County Court, Kings County, convicting defendant, on his plea of guilty, of the crime of assault in the third degree, and sentencing him to imprisonment in the New York City Penitentiary unanimously affirmed. (Cf. *People* v. *Porfido,* 279 App. Div. 1036.) Appeal from the sentence, and from "the denial of the motion made after conviction" dismissed. No appeal lies from the sentence (Code Crim. Pro., § 517), and no order denying any motion made after conviction is printed in the record. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See *post,* p. 951.]